UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA          :          MAGISTRATE NO.: _15-9137_

                                  :
        v.                        :          CRIMINAL ACTION
                                  :
_Anthony Roberts_                 :          ORDER OF RELEASE
                                  :

        The Court orders the defendant  is ordered released on a personal recognizance bond with the following bail conditions:

    (✓) Reporting, as directed, to U.S. Pretrial Services;

    ( ) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

    ( ) Mental Health testing/treatment as directed by U.S. Pretrial Services:

    (✓) The defendant shall appear at all future court proceedings;

    ( ) Other: _____

_____          _____6/25/15_____
DEFENDANT                                 DATE

        It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

                              _____
                              ANTHONY R. MAUTONE
                              U.S. MAGISTRATE JUDGE

                              _____6/25/15_____
                              DATE