# UNITED STATES DISTRICT COURT
## District of New Jersey

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **DISMISSAL ORDER** |
| v. | |
| **Anthony M. Roberts** | Violation No. |
| | NJ 10-2188339 |
| | NJ 10-2188340 |
| | NJ 10-2188341 |
| | NJ 10-2188342 |
| | NJ 10-2188343 |
| | NJ 10-2188344 |
| | NJ 10-2188345 |

    Under Rule 48(a) of the Federal Rules of Criminal Procedure and by the leave of court endorsed hereon, the United States Attorney for the District Court of New Jersey hereby dismisses Violation number NJ 10-2188339 (False, Fictitious or Fraudulent Claims) filed on April 16, 2015; Violation numbers NJ 10-2188340 through NJ 10-2188345 (Larceny of Government Funds Under $1,000.00) filed on April 16, 2015; against the defendant for the reason that prosecution of the defendant has been declined because the defendant has entered into an agreement with the Pre-Trial Services Division.

    The dismissal is without prejudice.

_____
Kurt W. Perhach
Special Assistant United States Attorney

    Leave of the court is granted for filing of the forgoing dismissal.

DATE: 8/27/15

_____
Honorable Anthony R. Mautone
United States Magistrate Judge